```
1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW M. YELOVICH
   MIRIAM R. HINMAN
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900
```



FILED
FEB 11 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>LG 450 CELLULAR TELEPHONE, IMEI: 014153-00-790748-9;SERIAL NUMBER: 504CYQX790748, CURRENTLY LOCATED AT 2001 FREEDOM WAY, ROSEVILLE, CA | CASE NO: 2:17-SW-301 CKD<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated: 2/11/2019

The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE